```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

The Law Firm of Kim Choi & Kim, P.C.
By: Dong Sung Kim, Esq.
460 Bergen Blvd. #206
Palisades Park, NJ 07650
(201) 363-0010
(201) 363-0018
```

In Re:

Grant K Cho

Case No.: 17-19592-VFP

Chapter: 13

Judge: Hon. Papalia

## NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address: 223 B 7th Street, Palisades Park, NJ 07650

Creditor is the holder of: ☑ first mortgage or ☐ second mortgage.

I/We will make adequate protection payments to the above creditor each month in the following amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section V.A.1.a and VII.B.

Creditor: SPS    Amount: $ 2,114.03    Due date: 8/1/2017

☐ I/We request to be excused from using the Loss Mitigation Portal due to undue hardship as set forth in detail below:

I understand that if the court orders loss mitigation in this case I am required to comply with the Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation, and understand that no other party is required to enter into any agreement or settlement with me. I also understand **that I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period. **I also certify that the property in question consists only of real property in which I hold an interest used as a principal residence.**

Date: 6/14/2017                                      /S/ Grant Cho
                                                     Debtor

Date: _____                                 _____
                                                     Joint Debtor (if any)

**Debtor Information:**

Print full name: Grnat K Cho

Mailing address: 223B 7th St. Palisades Park, NJ 07650

Telephone number: _____

Email address (if any): _____

**Debtor's Attorney Information:**

Name: Dong Sung Kim, Esq.

Address: 460 Bergen Blvd. #206, Palisades Park, NJ 07650

Telephone number: 201-363-0010        Fax number: 201-363-0018

Email address (if any): kimchoikim@gmail.com

**Creditor Information: (if known)**

Name: SPS

Address: PO Box 65250, Salt Lake City, UT 84165

Telephone number: _____    Fax number: _____

Email address (if any): _____

**Creditor's Attorney Information: (if known)**

Name: KML Law Group, P.C.

Address: 216 Haddon Ave. #406, Westmont, NJ 08108

Telephone number: 609-250-0700        Fax number: 609-385-2214

Email address (if any): _____

**Pursuant to Section V.A.1.a. of the Loss Mitigation Program and Procedures, the above named creditor has 14 days to file with the court, and serve on the debtor, debtor's attorney and trustee, an objection to this Request.**

*Revised 9/19/13*

| UNITED STATES BANKRUPTCY COURT |  |  |
|---|---|---|
| DISTRICT OF NEW JERSEY |  |  |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |  |  |
|  | Case No.: | 17-19592-VFP |
|  | Chapter: | 13 |
| In Re: | Adv. No.: |  |
|  | Hearing Date: |  |
|  | Judge: |  |

## CERTIFICATION OF SERVICE

1. I, _____Dong Sung Kim_____ :

   ☒ represent _____the debtor_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____6/14/2017_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Request for Loss Mitigation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6/14/2017                    /S/ Dong Sung Kim
                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SPS<br>PO Box 65250<br>Salt Lake City, UT 84165 | Creditor<br>(1st Mortgagee) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, P.C.<br>216 Haddon Ave. Ste 406<br>Westmont, NJ 08108 | Attorneys for 1st Mortgagee) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |