| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>The Law Firm of Kim Choi & Kim, P.C.<br>Counsel for the debtor<br>By: Dong Sung Kim, Esq.<br>460 Bergen Blvd. #206<br>Palisades Park, NJ 07650<br>(201) 363-0010<br>(201) 363-0018 | |
| In Re:<br><br>Grant K Cho | Case No.: __17-19592__<br>Judge: __Hon. Papalia__<br>Chapter: __13__ |

## APPLICATION FOR EXTENSION OR
## EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the ___counsel for the debtor___ in this matter. On ___07/06/2017___, a Loss Mitigation Order was entered concerning:

Property: ___223 B 7th Street, Palisades Park, NJ 07650___

Creditor: ___SPS___

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on ___10/5/2017___.

For the reason(s) set forth below, the _____ hereby requests:

☑ An extension of the Loss Mitigation Period to ___1/5/2018___.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
The loan modification application was submitted to the mortgage bank for review. The mortgage is still reviewing the application.

Dated: 9/27/2017                              /S/ Dong Sung Kim, Esq.
                                              Applicant's signature

*Revised 9/19/13*