UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Order Filed on October 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Grant K Cho

Case No.:    17-19592

Chapter:    13

Judge:    Vincent F. Papalia

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 3, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____9/28/2017_____ :

Property:      223 B 7th Street, Palisades Park, NJ 07650

Creditor:      SPS

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____January 5, 2018_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____January 5, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2