UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Order Filed on January 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Grant K Cho

Case No.:     17-19592 (VFP)

Chapter:     13

Judge:     Vincent F. Papalia

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 9, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____7/6/2017_____ :

Property:    223 B 7th Street, Palisades Park, NJ 07650

Creditor:    SPS

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor's Attorney_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____April 5, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .