| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Dong Sung Kim<br>Kim, Choi & Kim, P.C.<br>460 Bergen Blvd. Suite 206<br>Palisades Park, NJ 07650<br>201-363-0010<br>Counsel for the Debtor | Order Filed on April 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Grant K Cho | Case No.:     17-19592<br>Chapter:          13<br>Judge:            VFP |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 17, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____July 6, 2017_____ :

Property:    223B 7th Street, Palisade Park, NJ 07650

Creditor:    SPS

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor's counsel_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____July 5, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*