Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−19592−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Grant K Cho
   aka Kyu H Cho
   223B 7th Street
   Palisades Park, NJ 07650

Social Security No.:
   xxx−xx−1748

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/3/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 3, 2018
JAN: jf

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-19592-VFP
Grant K Cho                                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1               Date Rcvd: Aug 03, 2018
                              Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2018.
```
db          +Grant K Cho,    223B 7th Street,    Palisades Park, NJ 07650-4037
516817452   +Prosper Bank,    221 Main St.,    #300,    San Francisco, CA 94105-1909
516817453    SPS,   PO Box 66250,    Salt Lake City, UT 84165
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2018 23:40:56     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2018 23:40:50     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516817450   +EDI: TSYS2.COM Aug 04 2018 03:13:00      Barclays Bank,   PO Box 8803,
             Wilmington, DE 19899-8803
517179888   +EDI: RESURGENT.COM Aug 04 2018 03:13:00      LVNV Funding, LLC,   c/o Resurgent Capital Services,
             P.O. Box 10587,   Greenville, SC 29603-0587,    LVNV Funding, LLC,
             c/o Resurgent Capital Services 29603-0587
517179887    EDI: RESURGENT.COM Aug 04 2018 03:13:00      LVNV Funding, LLC,   c/o Resurgent Capital Services,
             P.O. Box 10587,   Greenville, SC 29603-0587
516929144    EDI: MERRICKBANK.COM Aug 04 2018 03:13:00      MERRICK BANK,   Resurgent Capital Services,
             PO Box 10368,   Greenville, SC 29603-0368
516817451   +EDI: MERRICKBANK.COM Aug 04 2018 03:13:00      Merrick Bank,   PO Box 1500,
             Draper, UT 84020-1500
517068310    EDI: PRA.COM Aug 04 2018 03:13:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
             POB 41067,   Norfolk VA 23541
517068283   +E-mail/Text: bncmail@w-legal.com Aug 03 2018 23:41:05     Prosper Marketplace Inc.,
             C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517069137    E-mail/Text: jennifer.chacon@spservicing.com Aug 03 2018 23:42:05     U.S. Bank NA,
             c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 10
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
               Mortgage Pass-Through Certificates, Series 2007-OA6 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dong Sung Kim    on behalf of Debtor Grant K Cho kimchoikim@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of
               the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```